# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 24-1836 Novotny et al. v. Moore et al. |
| **Originating No. & Caption** | 1:23-cv-1295-GLR Novotny et al. v. Moore et al. |
| **Originating Court/Agency** | United States District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 |
| Time allowed for filing in Court of Appeals | 30 days |
| Date of entry of order or judgment appealed | Aug. 2, 2024/Aug. 8, 2024 |
| Date notice of appeal or petition for review filed | Aug. 29, 2024 |
| If cross appeal, date first appeal filed | Aug. 27, 2024 |
| Date of filing any post-judgment motion | Aug. 7, 2024 |
| Date order entered disposing of any post-judgment motion | Aug. 8, 2024 |
| Date of filing any motion to extend appeal period | n/a |
| Time for filing appeal extended to | n/a |
| Is appeal from final judgment or order? | ⦿ Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ● No |
| Has transcript been filed in district court? | ○ Yes | ● No |
| Is transcript order attached? | ○ Yes | ● No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | n/a | |
| Case number of any pending appeal in same case | 24-1827 | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | 24-1799; 24-1834 | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ● Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiffs sought a declaration that Maryland's restrictions on the public carry of handguns in certain sensitive places were unconstitutional under the Second and Fourteenth Amendments to the United States Constitution.<br><br>The United States District Court for the District of Maryland granted the State's Motion for Summary Judgment as to plaintiffs' claims challenging restrictions in various locations.<br><br>The District Court, however, granted the plaintiffs' motion for summary judgment as to the claims regarding Maryland's laws restricting the carrying of firearms in: (1) locations selling alcohol for onsite-consumption (2) private buildings or property without the owner consent; and (3) within 1,000 feet of a public demonstration. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| Whether the District Court erred in concluding that Maryland's laws restricting the carrying of firearms, including in (1) locations selling alcohol for onsite-consumption (2) private buildings or property without the owner consent; and (3) within 1,000 feet of a public demonstration, are unconstitutional under the Second Amendment. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Katherine Novotny<br><br>Attorney: David H. Thompson<br>Address: 1523 New Hampshire Ave<br>       Washington, D.C. 20036<br><br><br>E-mail: dthompson@cooperkirk.com<br><br>Phone: 202-220-9601 | Adverse Party: Sue Burke<br><br>Attorney: David H. Thompson<br>Address: 1523 New Hampshire Ave<br>       Washington, D.C. 20036<br><br><br>E-mail: dthompson@cooperkirk.com<br><br>Phone: 202-220-9601 |
| **Adverse Parties (continued)** ||
| Adverse Party: Esther Rossberg<br><br>Attorney: David H. Thompson<br>Address: 1523 New Hampshire Ave<br>       Washington, D.C. 20036<br><br><br>E-mail: dthompson@cooperkirk.com<br><br>Phone: 202-220-9601 | Adverse Party: Maryland Shall Issue, Inc.<br><br>Attorney: David H. Thompson<br>Address: 1523 New Hampshire Ave<br>       Washington, D.C. 20036<br><br><br>E-mail: dthompson@cooperkirk.com<br><br>Phone: 202-220-9601 |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Wesley Moore<br><br>Attorney: Ryan R. Dietrich<br>Address: 200 St. Paul Place<br>Baltimore, MD 21202<br><br>E-mail: rdietrich@oag.state.md.us<br><br>Phone: 410-576-7648 | Name: Alison Healey<br><br>Attorney: Ryan R. Dietrich<br>Address: 200 St. Paul Place<br>Baltimore, MD 21202<br><br>E-mail: rdietrich@oag.state.md.us<br><br>Phone: 410-576-7648 |
| **Appellant (continued)** ||
| Name: Scott Shellenberger<br><br>Attorney: Ryan R. Dietrich<br>Address: 200 St. Paul Place<br>Baltimore, MD 21202<br><br>E-mail: rdietrich@oag.state.md.us<br><br>Phone: 410-576-7648 | Name: Ivan Bates<br><br>Attorney: Ryan R. Dietrich<br>Address: 200 St. Paul Place<br>Baltimore, MD 21202<br><br>E-mail: rdietrich@oag.state.md.us<br><br>Phone: 410-576-7648 |

**Signature:** /s/Ryan R. Dietrich       **Date:** 9/5/2024

**Counsel for:** Defendants-Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

Signature:                                             Date:

# ADDITIONAL PARTIES ADDENDUM

| Adverse Parties (continued): | |
|---|---|
| Adverse Party: Second Amendment Foundation<br><br>Attorney: David H. Thompson<br>Address: 1523 New Hampshire Ave<br>　　　　　Washington, DC 20036<br><br>Email: dthompson@cooperkirk.com<br><br>Phone: 202-220-9601 | Adverse Party: Firearms Policy Coalition<br><br>Attorney: David H. Thompson<br>Address: 1523 New Hampshire Ave<br>　　　　　Washington, DC 20036<br><br>Email: dthompson@cooperkirk.com<br><br>Phone: 202-220-9601 |
| Appellant (continued) | |
| Name: Col. Roland Butler<br><br>Attorney: Ryan R. Dietrich<br>Address: 200 St. Paul Place<br>　　　　　Baltimore, MD 21202<br><br>Email: rdietrich@oag.state.md.us<br><br>Phone: 410-576-7648 | Name: Paul J. Wiedefeld<br><br>Attorney: Ryan R. Dietrich<br>Address: 200 St. Paul Place<br>　　　　　Baltimore, MD 21202<br><br>Email: rdietrich@oag.state.md.us<br><br>Phone: 410-576-7648 |
| Name: Joshua Kurtz<br><br>Attorney: Ryan R. Dietrich<br>Address: 200 St. Paul Place<br>　　　　　Baltimore, MD 21202<br><br>Email: rdietrich@oag.state.md.us<br><br>Phone: 410-576-7648 | |